

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00118-CR

JOSE GONZALO FERMAN
A/K/A JOSE GONZALEZ FERMAN

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jose Gonzalo Ferman a/k/a Jose Gonzalez Ferman attempts to appeal from his conviction for driving while intoxicated with a child passenger. *See* Tex. Penal Code Ann. § 49.045 (West 2011). Ferman pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to two years' confinement in state jail. The trial court's

---

[1]*See* Tex. R. App. P. 47.4.

certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On March 31, 2014, we notified Ferman that this appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before April 10, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 15, 2014